# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2140

_____

| | | |
|---|---|---|
| International Union of Operating Engineers, Local 49, | * * * | |
| Appellant, | * * * | Appeal from the United States District Court for the District of Minnesota. |
| v. | * * | |
| Associated General Contractors of Minnesota, Inc., | * * * | [UNPUBLISHED] |
| Appellee. | * * | |

_____

Submitted:  December 15, 1999

Filed:  December 23, 1999

_____

Before WOLLMAN, Chief Judge, FAGG, Circuit Judge, and BATTEY,* District
  Judge.

_____

PER CURIAM.

The International Union of Operating Engineers's appeal from the district court's adverse ruling denying the Union's motion to vacate or modify an arbitration award has been submitted on the briefs.  Having considered the record and the parties'

_____

*The Honorable Richard H. Battey, United States District Judge for the District of South Dakota, sitting by designation.

submissions, we conclude the district court's rulings that the arbitration award draws its essence from the collective bargaining agreement in question and that the award does not exceed the arbitrator's authority are clearly correct.  We thus affirm on the basis of the district court's well-written memorandum opinion and order.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.